**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**Clerk's Minutes**
**Before the Honorable Kea W. Riggs**

**CASE NO.** CR 25-881 KWR          **DATE:** April 8, 2026

**TITLE:** *USA v. Jamison R. Wagner*

**COURTROOM CLERK:** C. Bevel          **COURT REPORTER:**  A. Lynch

**COURT IN SESSION:**  9:17AM-9:25AM          **TOTAL TIME:** 8 MINUTES

**TYPE OF PROCEEDING:**  STATUS CONFERENCE

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**          **ATTORNEYS PRESENT FOR DEFENDANT(S):**

 Maria Stiteler, Tavo Hall (via zoom)          Paul Linnenburger

**PROCEEDINGS:**

9:17 AM    Court in session, counsel enter appearances, defendant present in custody. Court set hearing as Mr. Linnenburger was recently appointed. Scheduling order in place, trial is set for September 14, 2026.

9:19am    Mr. Linnenburger responds, will likely not be ready for trial in September 2026.

9:22am    Court inquires how much time is needed for trial.

9:22am    Mr. Linnenburger indicates possibly 1 week.

9:23am    AUSA Stiteler indicates possibly 2 weeks, depending on stipulations.

9:24am    Court is available for a December 2026 firm trial setting. Court will await any future motions to continue and proposed scheduling order. Court request counsel contact CRD for dates of availability for a firm trial setting if the current September 2026 trial setting is not feasible.

9:25am    Court in recess.